IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:18-cv-81753-DMM

ALPER AUTOMOTIVE, INC. d/b/a AA IGNITION,
a Florida corporation,

    Plaintiffs,

v.

DAY TO DAY IMPORTS, INC., a California
corporation,

    Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Matthew S. Nelles and Adriana Kostencki of the Law firm of Berger Singerman LLP, hereby file this Notice of Appearance as counsel of record on behalf of Defendant, DAY TO DAY IMPORTS, INC. in this action, and request that all pleadings, notices and correspondence in the above captioned case be served on the addresses below:

| | | |
|---|---|---|
| Matthew S. Nelles | Primary: | mnelles@bergersingerman.com |
| | Secondary: | mnewland@bergersingerman.com |
| | | drt@bergersingerman.com |
| Adriana Kostencki | Primary: | akostencki@bergersingerman.com |
| | Secondary: | mvillalona@bergersingerman.com |
| | | drt@bergersingerman.com |

BERGER SINGERMAN

350 East Las Olas Boulevard, Suite 1000 Fort Lauderdale, Florida 33301
*t:* 954-525-9900 | *f:* 954-523-2872 | WWW.BERGERSINGERMAN.COM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 26, 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court using CM/ECF which will generate and serve a Notice of Electronic Filing to Cole Carlson, Esq., cole.carlson@gray-robinson.com, GrayRobinson, P.A., 401 East Jackson Street, Suite 2700, Tampa, Florida 33602.

        BERGER SINGERMAN LLP
        350 East Las Boulevard, Suite 1000
        Fort Lauderdale, FL 33301
        Telephone: (954) 525-9900
        Facsimile: (954) 523-2872

        By: *s/ Matthew S. Nelles*
           Matthew S. Nelles
           Florida Bar No. 009245
           mnelles@bergersingerman.com
           Adriana Kostencki
           Florida Bar No. 84507
           akostencki@bergersingerman.com
           *Attorneys for Defendant,*
           *Day To Day Imports, Inc.*

-2-

≡ BERGER SINGERMAN

350 East Las Olas Boulevard, Suite 1000 Fort Lauderdale, Florida 33301
*t:* 954-525-9900 | *f:* 954-523-2872 | WWW.BERGERSINGERMAN.COM