UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

ALPER AUTOMOTIVE, INC. D/B/A AA
IGNITION, a Florida corporation,

    Plaintiff,                                      CASE No.: 9:18-cv-81753-Brannon

v.

DAY TO DAY IMPORTS, INC.,
a California corporation,

    Defendant.
_____/

**DEFENDANT DAY TO DAY IMPORTS, INC.'S NOTICE OF FILING EXHIBIT H TO DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS**

Defendant, Day To Day Imports, Inc. ("Defendant"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, hereby gives notice of filing Exhibit H, Excerpted pages from the Deposition Transcript of Gregg Alper, principal of Plaintiff, Alper Automotive, Inc.  Defendant attempted to upload Exhibit H together with its Statement of Undisputed Material Facts, but the file size was too large and the CM/ECF system rejected the upload.  Defendant has therefore modified the file to include the excerpted pages that Defendant relies upon in its motion and supporting documents.

1

DATED:    August 21, 2020

Respectfully Submitted,

*/s/Aryeh Kaufman*
Aryeh Kaufman, Esq.
*Admitted Pro Hac Vice*

Law Office of Aryeh Kaufman
5482 Wilshire Blvd., Suite 1907

Los Angeles, California 90036
Tel: (323) 943-2566
Fax: (213) 402-8598
Email: aryeh@akaufmanlegal.com


*/s/William R. Trueba, Jr.*
William R. Trueba, Jr., Esq.
Florida Bar No. 117544
wtrueba@lex188.com
Roberto M. Suarez, Esq.
Florida Bar No. 95762
rsuarez@lex188.com
Darlene Barron
Florida Bar No. 108873
dbarron@lex188.com
TRUEBA & SUAREZ, PLLC
9150 S. Dadeland Blvd., Suite 1008
Miami, Florida 33156
Telephone:    (305) 482-1001
Facsimile:    (786) 516-2826

*Attorneys for Defendant,*
Day To Day Imports, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 21, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/William R. Trueba, Jr.           .
William R. Trueba, Jr., Esq.
Florida Bar No. 117544

## SERVICE LIST

*Alper Automotive, Inc. v. Day to Day Imports, Inc.*
CASE NO. 9:18-cv-81753-cv-BRANNON
United States District Court, Southern District of Florida

| | |
|---|---|
| Cole Younger Carlson, Esq.<br>Florida Bar No. 112863<br>Cole.Carlson@gray-robinson.com<br><br>Gray Robinson P.A.<br>401 E Jackson Street, Suite 2700<br>Tampa, Florida  33602<br>Phone: 813 273-5000<br><br>*Attorneys for Plaintiff*<br><br>**Via CM-ECF** | Aryeh Kaufman, Esq.<br>*Admitted Pro Hac Vice*<br>aryeh@akaufmanlegal.com<br><br>Law Office of Aryeh Kaufman<br>5482 Wilshire Blvd., Suite 1907<br>Los Angeles, California 90036<br>Tel: (323) 943-2566<br>Fax: (213) 402-8598<br>Email: aryeh@akaufmanlegal.com<br><br>William R. Trueba, Jr., Esq.<br>Florida Bar No. 117544<br>wtrueba@lex188.com<br>Roberto M. Suarez, Esq.<br>Florida Bar No. 95762<br>rsuarez@lex188.com<br>Darlene Barron<br>Florida Bar No. 108873<br>dbarron@lex188.com<br>TRUEBA & SUAREZ, PLLC<br>9150 S. Dadeland Blvd., Suite 1008<br>Miami, Florida 33156<br>Telephone:    (305) 482-1001<br>Facsimile:     (786) 516-2826<br><br>*Attorneys for Defendant*<br>Day To Day Imports, Inc.<br><br>**Via CM-ECF** |