UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-81753-Civ-Brannon

ALPER AUTOMOTIVE, INC.
d/b/a AA IGNITION,
A Florida Corporation,

    Plaintiff,

v.

DAY TO DAY IMPORTS, INC.,
A California Corporation,

    Defendant.

_____/

## ORDER GRANTING THE UNOPPOSED MOTION [DE 92], RESETTING TRIAL BEFORE U.S. MAGISTRATE JUDGE AND AMENDED PRETRIAL SCHEDULING ORDER

THIS CAUSE is before the Court upon the Parties' Unopposed Motion for Modification of Scheduling Order ("Motion") [DE 92], and the Court, having considered the Motion, and being otherwise fully advised in the premises, the Motion [DE 92] is **GRANTED** as the Court **ORDERS** as follows:

    1.    Trial:  This case shall be **reset for a 4-day jury trial before U.S. Magistrate Judge Dave Lee Brannon, commencing at 9:30 a.m. on Monday, May 17, 2021.**  A Status Conference will be held at 1:30 p.m. on Wednesday, May 12, 2021, at U.S. District Court, 701 Clematis Street, Fourth Floor, Courtroom 3, West Palm Beach, Florida.  All counsel must appear in person at the status conference.

    2.    Pretrial Discovery and Conference:  Pretrial discovery shall be conducted in accordance with S.D. Fla. L.R. 16.1 and 26.1, and the Federal Rules of Civil Procedure.  The

1

parties shall also review and abide by this Court's standing discovery procedure, which has been set forth by separate order [DE 31].  No pretrial conference shall be held in this action, unless the parties so request or the Court determines, *sua sponte*, that a pretrial conference is necessary.  Should a pretrial conference be set, the deadlines set forth in this Order shall remain unaltered.

3. Pretrial Stipulation:  Counsel must meet at least 45 days before trial to confer on the preparation of a Joint Pretrial Stipulation.  The Joint Pretrial Stipulation shall be filed by the date set forth below and shall conform to S.D. Fla. L.R. 16.1(e).  The Court will not accept unilateral pretrial stipulations, and will *sua sponte* strike any such submissions.  Should any of the parties fail to cooperate in preparing the Joint Pretrial Stipulation, all other parties shall file a certification with the Court stating the circumstances.  Upon receipt of such certification, the Court will issue an order requiring the non-cooperating party or parties to show cause why such party or parties (and their respective attorneys) should not be held in contempt for failure to comply with the Court's order.  The pretrial disclosures and objections required under Fed. R. Civ. P. 26(a)(3) should be served, but not filed with the Clerk's Office, as the same information is required to be attached to the parties' Joint Pretrial Stipulation.

4. Proposed Voir Dire Questions:  At least one week prior to trial, the parties shall submit their proposed voir dire questions in Word format via email to brannon@flsd.uscourts.gov.

5. Proposed Jury Instructions and Verdict Form:  The parties shall prepare A SINGLE JOINT SET of proposed jury instructions (if this is a jury trial) and verdict form, though the parties need not agree on the proposed language of each instruction or question on the verdict form.  Where the parties do agree on a proposed instruction or question, that instruction or question shall be set forth in Times New Roman 14 point typeface.  Instructions and questions

proposed only by the Plaintiff(s) to which the Defendant(s) object shall be italicized. Instructions and questions proposed only by Defendant(s) to which Plaintiff(s) object shall be bold-faced. Each jury instruction shall be typed on a separate page and, except for Eleventh Circuit Pattern instructions clearly identified as such, must be supported by citations to authority. In preparing the requested jury instructions, the parties shall use as a guide the Pattern Jury Instructions for civil cases approved by the Eleventh Circuit, including the directions to counsel contained therein. A copy of the proposed jury instructions and verdict form shall be submitted to the Court in Word format on a USB flash drive or similar data storage device at the status conference.

      6.     <u>Witness and Exhibit Lists:</u>  On the day of the status conference, counsel shall submit to the Court five typed lists of proposed witnesses and exhibits. All exhibits must be pre-marked in accordance with the exhibit list. The exhibit list shall set forth the number, or letter, and description of each exhibit. The exhibit list shall conform to the requirements of Form AO 187, which is available from the Clerk's office.

      7.     <u>Motions to Continue Trial:</u>  A Motion to Continue Trial shall not stay the requirement for the filing of a Pretrial Stipulation and, unless an emergency situation arises, such Motion will not be considered unless it is filed at least 20 days before the trial is scheduled to commence.

      8.     <u>Modified Pretrial Schedule</u>:  The parties shall adhere to the following amended pretrial schedule, which shall not be modified absent compelling circumstances.

| Date | Event |
|---|---|
| April 9, 2021 | Joint Pretrial Stipulation shall be filed. Designations of deposition testimony shall be made. Parties shall furnish opposing counsel with a written list containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. |

| | |
|---|---|
| April 16, 2021 | Objections to designations of deposition testimony shall be filed. Late designations shall not be admissible absent exigent circumstances. |
| April 23, 2021 | Jury Instructions or Proposed Findings of Fact and Conclusions of Law shall be filed. |
| May 12, 2021 | Status Conference. |

9. <u>Mediation/Settlement Conference:</u>  Pursuant to Local Rule 16.2, this case is referred to mediation as follows:

a. All parties must complete mediation or a settlement conference by March 11, 2020, as agreed by the parties.

b. Any request to have a settlement conference in lieu of mediation shall be directed to the chambers of U.S. Magistrate Judge William Matthewman by calling (561) 803-3440 with at least three proposed conference dates.  U.S. Magistrate Judge Matthewman will thereafter issue an order setting forth the date, time, place, and procedures for the settlement conference.

c. Otherwise, Plaintiff's counsel, or other designated counsel, shall schedule a mediation conference. The parties are encouraged to avail themselves of the services of any mediator on the List of Certified Mediators, maintained in the office of the Clerk of the Court, but may select any other mediator.  The parties shall agree upon a mediator and file a Notice of Mediator Selection within 30 days of this Order.  If there is no agreement, lead counsel shall promptly file a Request for Clerk to Appoint Mediator.  The Clerk of the Court shall then designate, on a blind rotation basis, a mediator from the List of Certified Mediators.  If the parties cannot mutually agree to a place, date, and time for the mediation, they may move the Court for an order dictating the place, date, and time.

      d.      The appearance of counsel and each party or representatives of each party with full authority to enter into a full and complete compromise and settlement is mandatory.  If insurance is involved, an adjuster with authority to settle up to the policy limits or the most recent demand, whichever is lower, shall attend.

      e.      The Court may impose sanctions against parties or counsel who do not comply with the attendance or settlement authority requirements.  The mediator shall report non-attendance and may recommend imposition of sanctions by the Court for non-attendance.

      f.      If the parties elect to proceed to mediation but no complete settlement is reached, they may move for a settlement conference later in the proceedings.

10.    <u>Notice of Settlement:</u>  If the case is settled, counsel shall promptly inform the Court by calling the undersigned's chambers at (561) 803-3470 and, within 10 days of notification of settlement to the Court, submit an appropriate Motion and proposed order for dismissal, pursuant to Fed. R. Civ. P. 41(a).  The parties shall attend all hearings and abide by all deadlines unless and until an order of dismissal is filed.

11.    <u>Non-compliance with This Order:</u>  Non-compliance with any provision of this Order may subject the offending party to sanctions or dismissal.  It is the duty of all counsel to enforce the timetable set forth herein in order to ensure an expeditious resolution of this cause.

**DONE AND ORDERED** in Chambers at West Palm Beach in the Southern District of Florida, this 26th day of August, 2021.

                                                DAVE LEE BRANNON
                                                U.S. MAGISTRATE JUDGE